```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>FRANCISCO NIEVES PIZARRO<br>MARILYN CUADRADO NIEVES<br><br>    DEBTOR (S) | CASE NO. 19-07570-EAG<br><br>CHAPTER 13 |

Trustee's Position
Regarding Debtors Motion to Allow Moratorium/Modification as to Plan Payments.

TO THE HONORABLE COURT:

   NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

   1. The Trustee has no opposition to:
Debtors Motion to Allow Moratorium/Modification as to Plan Payments. .(Docket # 101 ).

   WHEREFORE the Trustee respectfully requests this Honorable Court to take notice of the abovementioned and enter the order it deems appropriate.

   CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of   this motion has been served on this same date, to their respective address   of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

   In San Juan, Puerto Rico this Tuesday, January 17, 2023.


                            /s/ Juliel Perez -Staff Attorney
                            JOSE R. CARRION
                            CHAPTER 13 TRUSTEE
                            P.O. Box 9023884, Old San Juan Sta.
                            San Juan, P.R. 00902-3884
                            Tel (787)977-3535  FAX (787)977-3550